LEWIS MAYER, JACOB SCHEUER, THEODORE MAYER, AND ALEXANDER OFFNER, *Partners as Mayer, Scheuer, Offner & Co.*, v. THE NATIONAL BANK OF GUTHRIE.

*Error from the District Court of Logan County.*

*Keaton & Cotteral*, for plaintiffs in error.

*E. B. Green* and *Harper S. Cunningham*, for defendant in error.

The opinion of the court was delivered by

BURFORD, J.:   This cause involves the same question that was decided in *Johnston Fife Hat Co. v. National Bank of Guthrie*, p. 17, this volume, decided at this time, and on authority of that case, the judgment of the district court is reversed and cause remanded with directions to the court below to overrule the demurrer to the complaint and for further proceedings.

---

MARSHALL FIELD, JOSEPH N. FIELD, HARLOW N. HIGGINBOTHAM, JOHN G. SELFRIDEGE, *Partners Composing the Firm of Marshall Field & Co.*, v. THE NATIONAL BANK OF GUTHRIE.

*Error from the District Court of Logan County.*

*Keaton & Cotteral*, for plaintiffs in error.

*E. B. Green* and *Harper S. Cunningham*, for defendant in error.

The opinion of the court was delivered by

BURFORD, J.:   This case involves the same question that was decided in *Johnston Fife Hat Co. v. National*

*Bank of Guthrie,* decided at this time, p. **17,** this volume, and on the authority of that case, the judgment of the district court is reversed and cause remanded with directions to the court below to overrule the demurrer to the complaint and for further proceedings.